UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHAUNCY RAMONE MARTIN, | CASE NO.: 5:22-cv-01679 |
| Plaintiff, | |
| | JUDGE JOHN R. ADAMS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | |

On July 11, 2023, the Magistrate Judge in this matter submitted a Report and Recommendation (Doc. 9) recommending that the Court REVERSE the decision of the Commissioner and the case be REMANDED for further proceedings.

Fed. R. Civ. P. 72(b) provides that the parties may object to a Report and Recommendation within fourteen (14) days after service. No objections were filed within that time frame. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby REVERSED and the case is REMANDED for further proceedings.

IT IS SO ORDERED.

Dated: July 26, 2023                    */s/ John R. Adams*
                                         JOHN R. ADAMS
                                         UNITED STATES DISTRICT JUDGE